UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>Jorge Alain Carcamo-Sierra<br><br>          Defendant. | Case No.: 16-0124M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western District/Texas for alleged violation(s) of the terms and conditions of (his)/her (probation) [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ties to a foreign country, undocumented

1  _alien status, no known bail resources, substance_
2  _abuse history, current allegations, unverified_
3  _residence and employment_
4  and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9       on: _____
10      _____
11      _____
12      _____

     IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:  _1/25/16_                         _/s/ Jean Rosenbluth_
                                          JEAN ROSENBLUTH
                                          U.S. MAGISTRATE JUDGE

2